**Deondric DAVIS, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**WD 78580**

Missouri Court of Appeals, Western District.

Filed: June 20, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied August 1, 2017

S.Kate Webber, Kansas City, MO for appellant.

Mary H. Moore, Jefferson City, for respondent.

Before Division Two: Cynthia L. Martin, Presiding Judge, Lisa White Hardwick and Alok Ahuja, Judges

ORDER

Per Curiam

Deondric Davis appeals the denial of his Rule 29.15 motion after he was convicted of first-degree robbery and armed criminal action. Upon review of the briefs and the record, we find no error and affirm the motion court's judgment denying post-conviction relief. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b).